# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00304-CV

**T. H., Appellant**

**v.**

**Texas Department of Public Safety, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
## NO. 266,267-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due August 6, 2015. On counsel's motion, the time for filing was extended to November 2, 2015. Appellant's counsel has now filed a second motion requesting that the Court extend the time for filing appellant's brief an additional twenty-nine days. We grant the motion for extension of time and order appellant to file a brief no later than December 1, 2015. No further extension of time will be granted and failure to comply with this order may result in the dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is so ordered this 4th day of November, 2015.

Before Chief Justice Rose, Justices Pemberton and Field